IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| HARVEY MELVEN BERG<br><br>      **Plaintiff**<br><br>vs.<br><br>AMARILLO TOWING, INC., and RUSSEL G. RADNEY<br><br>      **Defendants** | No. 1:22-cv-00393-KWR-JFR |

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

**THIS MATTER** is before the Court on Amarillo Towing Inc. and Russel G. Radney's Stipulated Motion to Dismiss with Prejudice (**Doc. 29**), filed **January 9, 2023**. The Court having considered the Motion and being otherwise fully advised, finds the Motion is **WELL-TAKEN** and is **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint against Defendants, including all claims that were or could have been included therein against Defendants in this matter are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

**IT SO ORDERED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

LEWIS BRISBOIS BISGAARD & SMITH LLP
By:        */s/ Elizabeth G. Perkins*
    Jill M. Collins
    Elizabeth G. Perkins
    *Attorneys for Amarillo Towing Inc.*
    *and Russel Radney*
    8801 Horizon Blvd. NE, Suite 300
    Albuquerque, New Mexico 87113
    Telephone: 505.828.3600
    Facsimile: 505.828.3900
    Jill.Collins@lewisbrisbois.com
    Elizabeth.Perkins@lewisbrisbois.com


And: */s/ James Tawney – via email 1/9/2023*
    James Tawney
    Connie Flores
    *Attorney for Harvey Melven Berg*
    Flores, Tawney & Acosta P.C.
    1485 N. Main, Ste B
    Las Cruces, NM 88001
    Jtawney@ftalawfirm.com
    Cflores@ftalawfirm.com